# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Dennis Lamar Bruton **,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 1:12-cv-00123-MR and 1:09-cr-00013-MR-3 (2255) |
| | ) | |
| vs. | ) | |
| | ) | |
| USA **,** | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court by  and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 12, 2013 Order.

June 12, 2013

Frank G. Johns, Clerk
United States District Court